**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA          CASE NO.  3:18-cr-47-J-39PDB
v.
BRIAN JAMES HOLLAND

Counsel for Government:            Counsel for Defendant:
Jay C. Taylor                      Susan G. Yazgi

**HONORABLE BRIAN J. DAVIS, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Chloe Swinton      Court Reporter: Shelli Kozachenko

**CLERK'S MINUTES**

**PROCEEDINGS OF: CRIMINAL STATUS CONFERENCE**

TRIAL TIME (Estimated Number of Days):  3 days

____   Government/Defendant requested a plea deadline.

____   Plea agreement deadline set for _____ .

__X__  This case is continued to the   July 2018   trial term.

**CASE SET:**

　　　**Trial (Date Certain):  July 16, 2018 at 9:00 A.M.**

**Order scheduling trial to enter.**

DATE: May 21, 2018        TIME: 3:54 p.m. - 3:57 p.m.        TOTAL: 3 Minutes